**Order entered October 16, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01169-CV
### No. 05-17-01170-CV

### IN RE SENRICK SHERN WILKERSON, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183 and F10-01184**

# ORDER
Before Justices Lang, Brown, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's October 2, 2017

"petition for nunc pro tunc and order" for want of jurisdiction.


/s/     CRAIG STODDART
JUSTICE